UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 26-cv-61916-WPD

Oksana Ivanchuk,
a/k/a Oxana Ivantchouk,
a/k/a Oksana Ivanchou,

      Petitioner,

v.

ZOELLE RIVERA, IN HIS OFFICIAL CAPACITY AS
ACTING CHIEF OF STAFF, FIELD OPERATIONS,
ICE ENFORCEMENT AND REMOVAL OPERATIONS,
MIRAMAR SUB-OFFICE, THE FACILITY OF CONFINEMENT,
*et al.,*

      Respondents.

_____/

### ORDER OF DISMISSAL WITHOUT PREJUDICE FOR LACK OF JURISDICTION BASED UPON PETITIONER'S RELEASE FROM CUSTODY

**THIS CAUSE** is before the Court on Petitioner Oksana Ivanchuk, a/k/a Oxana Ivantchouk, a/k/a Oksana Ivanchou ("Petitioner")'s Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1], filed July 10, 2026, and Respondents' Response to Order to Show Cause [DE 8], filed July 16, 2026. The Court has considered the Petition [DE 1], the Response [DE 8], and is otherwise fully advised in the premises.

Respondent states that on July 16, 2026, Immigration and Customs Enforcement informed Respondents' counsel that Petitioner was released from custody under an order of supervision. *See* [DE 8]; [DE 8-2] (Detention History).

Accordingly, it is **ORDERED AND ADJUDGED** that the Petition [DE 1] is hereby **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 17th day of July, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge


Copies furnished to:
Counsel of Record
Email: usafls-immigration@usdoj.gov
Email: usafls-2255@usdoj.gov